# First District Court of Appeal
## State of Florida

_____

No. 1D2022-1397
_____

RALPH T. STREETY,

Appellant,

v.

WAL-MART STORES EAST, LP,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

January 16, 2024

PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael J. Bauer of The Law Office of Michael J. Bauer, P.A., Tallahassee, for Appellant.

Megan G. Colter and Thomas A. Valdez of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, and Tricia H. Payne of Quintairos, Prieto, Wood & Boyer, P.A., Pensacola, for Appellee.